## PHILLIPS v. STATE.

### No. 18260.

Court of Criminal Appeals of Texas.

April 22, 1936.

Darley & Darley, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

### No. 18261.

Court of Criminal Appeals of Texas.

April 22, 1936.

740

Darley & Darley, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

HAWKINS, Judge.

Conviction is for theft of property over the value of $50; punishment assessed at two years in the penitentiary.

No statement of facts or bills of exception are found in the record. In such condition nothing is presented for review.

The judgment is affirmed.